1002

CAPITOL MILLING COMPANY, Appellant,
v. Nat ROGAN, as Collector, etc.,
Appellee.

No. 8545.

Circuit Court of Appeals, Ninth Circuit.

June 14, 1937.

Loeb, Walker & Loeb and Herman F. Selvin, all of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed; decree of dismissal filed and entered accordingly; mandate issued forthwith.

CHAMPION SHOE MACHINERY COMPANY, Appellant, v. C. I. T. CORPORATION.

No. 10936.

Circuit Court of Appeals, Eighth Circuit.

May 14, 1937.

Boyle & Priest, of St. Louis, Mo., for appellant.

B. L. Liberman, Robert Burnett, and Henry H. Stern, all of St. Louis, Mo., and Edward Rothbart and J. M. Rosenfield, both of Chicago, Ill., for appellee.

PER CURIAM.

Request of appellant for additional time to file record and docket appeal denied, and appeal docketed and dismissed, with costs, on motion of appellee.

CHARLES D. McALLISTER CORPORATION, as Owner of the Steamtug The CHARLES D. McALLISTER, Libelant-Appellee, v. CITY OF NEW YORK, Respondent-Appellant.

No. 366.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

Paul Windels, Corp. Counsel, of New York City (P. Fearson Shortridge, of New York City, and Willard M. L. Robinson, of Brooklyn, N. Y., of counsel), for appellant.

Purdy & Purdy, of New York City, (John E. Purdy, of New York City, of counsel), for libelant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.